UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH PRODUCTS
LIABILITY LITIGATION                                        MDL No. 2846

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On August 2, 2018, the Panel transferred 50 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2018). Since that time, 63 additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Edmund A. Sargus, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Sargus.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of August 2, 2018, and, with the consent of that court, assigned to the Honorable Edmund A. Sargus, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 05, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DAVOL, INC./C.R. BARD, INC.,
POLYPROPYLENE HERNIA MESH PRODUCTS
LIABILITY LITIGATION**     MDL No. 2846

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 1 | 18−00713 | McSween v. Davol, Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 18−05026 | Kumar v. Davol Inc. et al |
| **COLORADO** | | | |
| CO | 1 | 18−02131 | Kime v. Davol Inc. et al |
| **CONNECTICUT** | | | |
| CT | 3 | 18−01089 | McCourt v. CR Bard et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 18−00927 | Taylor v. Davol, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 18−81099 | Gurewitz v. Davol, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 18−05092 | Elliot v. Davol, Inc. et al |
| **INDIANA SOUTHERN** | | | |
| INS | 3 | 18−00135 | BAKER v. DAVOL, INC. et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 18−08026 | Peyregne v. Davol, Inc., et al |
| LAE | 2 | 18−08079 | WIlliams v. Davol, Inc. et al |

MARYLAND

| MD | 1 | 18−02414 | Williams v. Davol, Inc., et al |

MISSOURI EASTERN

| MOE | 1 | 18−00201 | Wright et al v. Davol, Inc. et al |

NEW YORK EASTERN

| NYE | 1 | 18−04644 | Domingues v. C.R. Bard, Inc. et al |

RHODE ISLAND

| RI | 1 | 18−00418 | Dodge v. DAVOL, Inc. et al |
| RI | 1 | 18−00450 | Lind v. C.R. Bard Inc. et al |

TEXAS EASTERN

| TXE | 4 | 18−00525 | Loughridge v. C.R. Bard, Inc. et al |

TEXAS WESTERN

| TXW | 1 | 18−00599 | Echevarria v. Davol, Inc. et al |

WEST VIRGINIA SOUTHERN

| WVS | 5 | 18−01210 | Rhodes v. Davol Inc. et al |